DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FLORIDA DEPARTMENT OF TRANSPORTATION,**
Appellant,

v.

**TOWN OF DAVIE,**
Appellee.

No. 4D20-103

[November 25, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Raag Singhal, Judge; L.T. Case No. CACE15-019355(21).

Luke G. Ford and Richard Alayon of Alayon & Associates, Coral Gables, for appellant.

David S. Henry and Thomas W. Arnst of Kelley Kronenberg, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GERBER and KLINGENSMITH, JJ., and NUTT, JAMES, Associate Judge, concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***